THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMMA EIFERT, | : |
| | : CIVIL ACTION NO. 3:20-CV-439 |
| Plaintiff, | : |
| | : (JUDGE MARIANI) |
| v. | : |
| | : |
| MERIDIAN SECURITY INSURANCE COMPANY, | : |
| | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 13th DAY OF JUNE 2023, upon review of Magistrate Judge Martin C. Carlson's Report and Recommendation ("R&R") (Doc. 34) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 34) is **ADOPTED**;

2. Defendant's Motion for Partial Summary Judgment as to Count I – Breach of Contract with Regard to Plaintiff's Uninsured Motorist Claim (Doc. 25) is **GRANTED**;

3. Judgment is entered in Defendant's favor on Plaintiff's Breach of Contract claim;

4. This case goes forward as to Plaintiff's claim for Bad Faith in Count II of the Amended Complaint (*see* Doc. 1-2 at 87; *see also* Docs. 15, 18).

Robert D. Mariani
United States District Judge